D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LANCE GADDIST, 10001086,

                              Plaintiff,

-against-

NASSAU COUNTY JAIL and NASSAU COUNTY,

                              Defendants.
------------------------------------------------------------X

**ORDER**
11-CV-3436(SJF)(WDW)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  MAY 07 2012  ★

LONG ISLAND OFFICE

FEUERSTEIN, J.

On July 14, 2011, incarcerated pro se plaintiff Lance Gaddist ("plaintiff") brought this action pursuant to 42 U.S.C. § 1983 against defendants Nassau County and Nassau County Jail. On August 10, 2011, this Court issued an order dismissing plaintiff's claims against defendant Nassau County Jail, and dismissing plaintiff's claims against defendant Nassau County "unless plaintiff files an amended complaint within thirty (30) days of the date that this order is served with notice of entry upon the plaintiff." Docket Entry No. 6. A copy of this order was served on plaintiff, but it was subsequently returned as undeliverable. Docket Entry No. 7.

By order dated October 25, 2011, the Court directed that its August 10, 2011 order be re-served upon plaintiff at his new address. The Court's records indicate that plaintiff was re-served on or about October 26, 2011. Nevertheless, plaintiff has not filed an amended complaint, and his time to do so has now expired. Accordingly, plaintiff's remaining claims against Nassau County are dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

1

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED.**

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
United States District Judge

Dated: May 7, 2012
Central Islip, New York